# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CHARLIE ANDERSON, JR.

VERSUS

ELITE CONCRETE PUMPERS, LLC,
ET AL

NO.   2021 CW 0162

**APRIL 22, 2021**

---

In Re:    Elite Concrete Pumpers, LLC, Augustin Ramones and
          Employers Mutual Casualty Company, applying for
          supervisory writs, 16th Judicial District Court,
          Parish of St. Mary, No. 129020.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

   **WRIT DENIED.**    The criteria set forth in **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981)(*per curiam*) are not met.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT